UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA BERMUDEZ *et al*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CA No. 10 - 2278 RWR/JMF |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiffs Sandra Bermudez and Jorge Bermudez, and Defendant United States of America, by and through their respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice, with the parties bearing their own costs and expenses.

February 20, 2013              Respectfully submitted,


KLORES PERRY MITCHELL, P.C.


       /s/ Thomas W. Mitchell
Bruce J. Klores (DC Bar # 358548)
Thomas W. Mitchell (DC Bar #425180)
1735 20th Street, N.W.
Washington, D.C. 20009
(202) 628-8100
(202) 628-1240
bjk@klores.com
twm@klores.com

Counsel for Plaintiffs

and

1

RONALD C. MACHEN JR.
DC BAR #447889
United States Attorney
For the District of Columbia

DANIUEL F. VAN HORN,
D.C. BAR # 924092
Chief, Civil Division

By:  /s/ John J. Gowel
JOHN J. GOWEL
Special Assistant United States Attorney
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334
heather.graham-oliver@usdoj.gov

Counsel for Defendant

1945 Stipulation Dismissal